# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

Chapman, Shelley C. | 2. Court or Organization

U.S. Bankruptcy Court, Southern District of New York | 3. Date of Report

01/29/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Bankruptcy Judge | 5a. Report Type (check appropriate type)

☐ Nomination   Date
☐ Initial   ☑ Annual   ☐ Final

5b. ☑ Amended Report | 6. Reporting Period

01/01/2018
to
12/31/2018 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court, Southern District of NY
One Bowling Green
Room 632
New York, NY 10004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 01/29/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | MEMORIAL SLOAN-KETTERING CANCER CENTER, WAGES |
| 2. | 2018 | SELF-EMPLOYED MEDICAL LECTURER AND CONSULTANT |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 01/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. - ISHARES TR S&P SMLCAP 600 | A | Dividend | J | T | | | | | |
| 3. - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | A | Dividend | K | T | | | | | |
| 4. - VANGUARD TOTAL INTL STOCK INDEX INV | A | Dividend | | | Sold | 11/12/18 | J | A | |
| 5. - VANGUARD S&P 500 ETF | B | Dividend | K | T | Sold (part) | 06/28/18 | J | C | |
| 6. | | | | | Sold (part) | 11/12/18 | L | E | |
| 7. - SCHWAB U.S. TREASURY MONEY FUND (Y) | | | | | | | | | |
| 8. - SCHWAB BANK (X) | A | Interest | J | T | | | | | |
| 9. IRA #1 (H) | | | | | | | | | |
| 10. - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | B | Dividend | L | T | | | | | |
| 11. - PIMCO ALL ASSET ALL AUTHORITY CL INST | A | Dividend | | | Sold | 09/25/18 | J | A | |
| 12. - SCHWAB U.S. TREASURY MONEY FUND (Y) | | | | | | | | | |
| 13. - ISHARES CORE US TREASURY BOND ETF | A | Dividend | J | T | | | | | |
| 14. - BAIRD CORE PLUS BD INST | A | Dividend | J | T | | | | | |
| 15. - METROPOLITAN WEST TOTAL RETURN BOND FUND I | A | Dividend | J | T | | | | | |
| 16. - SCHWAB CHARLES FAMILY VALUE ADVANTAGE (X) | A | Dividend | J | T | | | | | |
| 17. - SCHWAB BANK (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 01/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 (H) | | | | | | | | | |
| 19. - PIMCO ALL ASSET ALL AUTHORITY I | A | Dividend | | | Sold | 06/27/18 | K | A | |
| 20. - SCHWAB US TREAS MONEY FD (Y) | | | | | | | | | |
| 21. - ISHARES TR S&P SMLCAP 600 | A | Dividend | J | T | | | | | |
| 22. - VANGUARD S&P 500 ETF | A | Dividend | K | T | | | | | |
| 23. - BLACKROCK STRAT INCM OPPTY PORT INSTL (FORMERLY FDS II STRG OPP INS) | B | Dividend | | | Sold (part) | 06/27/18 | L | | |
| 24. | | | | | Sold | 09/25/18 | L | | |
| 25. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | B | Dividend | | | Sold | 06/27/18 | L | | |
| 26. - METROPOLITAN WEST TOTAL RETURN BOND FUND | A | Dividend | J | T | | | | | |
| 27. - ISHARES US TREASURY BOND ETF | A | Dividend | J | T | | | | | |
| 28. - BAIRD CORE PLUS BD INST | A | Dividend | | | Sold | 06/27/18 | J | | |
| 29. - WESTERN ASSET MACRO OPPORTUNITIES I | A | Dividend | | | Buy | 06/27/18 | L | | |
| 30. | | | | | Sold | 09/25/18 | L | | |
| 31. - SCHWAB CHARLES FAMILY VALUE ADVANTAGE (X) | B | Dividend | M | T | | | | | |
| 32. - POLEN GROWTH | B | Dividend | L | T | Buy | 09/25/18 | L | | |
| 33. - EATON VANCE GLOBAL MACRO ABS RETURN ADV I | A | Dividend | | | Buy | 06/27/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 01/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Sold | 09/25/18 | L | | |
| 35. - HAMLIN HIGH DIVIDEND EQUITY INSTL | A | Dividend | L | T | Buy | 09/25/18 | L | | |
| 36. - SCHWAB BANK (X) | A | Interest | J | T | | | | | |
| 37. IRA #3 (H) | | | | | | | | | |
| 38. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | A | Dividend | | | Sold | 06/27/18 | L | | |
| 39. - BBH CORE SELECT FUND N | A | Dividend | | | Sold | 05/03/18 | K | D | |
| 40. - FIDELITY 500 INDEX FUND (FORMERLY FIDELITY 500 INDEX PREMIUM CLASS) | C | Dividend | M | T | | | | | |
| 41. - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | B | Dividend | L | T | | | | | |
| 42. - FIDELITY TREASURY MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 43. - PIMCO ALL ASSET ALL AUTHORITY I | A | Dividend | | | Sold | 06/27/18 | K | | |
| 44. - ISHARES TR S&P SMLCAP 600 | A | Dividend | J | T | Buy (add'l) | 05/03/18 | J | | |
| 45. - VANGUARD INDEX FDS (FORMERLY S&P 500 ETF) | A | Dividend | K | T | | | | | |
| 46. - VANGUARD FTSE DEV MARKET ETF (FORMERLY EUROPE PACIFIC ETF) | A | Dividend | | | Sold | 11/12/18 | J | B | |
| 47. - VANGUARD INTL EQUITY INDEX FUND (FORMERLY INTL EMG MKT VIPERS) | A | Dividend | | | Sold | 11/12/18 | J | A | |
| 48. - METROPOLITAN WEST TOTAL RETURN CLASS I | B | Dividend | L | T | | | | | |
| 49. - BAIRD CORE PLUS BOND INSTITUTIONAL | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 01/29/2020 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. - ISHARES TR US TREAS BD ETF | B | Dividend | L | T | | | | | |
| 51. - HAMLIN HIGH DIVIDEND EQUITY INSTL FD | A | Dividend | J | T | Buy | 11/12/18 | J | | |
| 52. - ISHARES S&P 500 INDEX | A | Dividend | K | T | Buy | 05/03/18 | K | | |
| 53. - POLEN GROWTH | A | Dividend | J | T | Buy | 11/12/18 | J | | |
| 54. - FIDELITY MONEY MARKET PREMIUM CLASS (X) | B | Dividend | L | | | | | | |
| 55. IRA #4 (H) | | | | | | | | | |
| 56. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | A | Dividend | | | Sold | 06/27/18 | K | | |
| 57. - PIMCO ALL ASSET ALL AUTHORITY I | B | Dividend | | | Sold (part) | 06/27/18 | J | A | |
| 58. | | | | | Sold | 09/25/18 | L | | |
| 59. - SCHWAB US TREASURY MONEY FUND (Y) | | | | | | | | | |
| 60. - BLACKROCK STRAT INCM OPPTY PORT INSTL (FORMERLY FDS II STRG OPP IN) | A | Dividend | | | Sold | 06/27/18 | K | | |
| 61. - METROPOLITAN WEST TOTAL RETURN BOND | B | Dividend | | | Sold | 06/27/18 | L | | |
| 62. - ISHARES US TREASURY BOND ETF | A | Dividend | K | T | Sold (part) | 06/27/18 | L | | |
| 63. - BAIRD CORE PLUS BD INST | B | Dividend | | | Sold | 06/27/18 | L | | |
| 64. - SCHWAB S&P 500 INDEX FD | C | Dividend | N | T | | | | | |
| 65. - VANGUARD TOTAL INTL STK INDEX ADMIRAL | C | Dividend | | | Sold (part) | 09/25/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chapman, Shelley C. | 01/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. | | | | | Sold | 11/12/18 | K | | |
| 67. - HAMLIN HIGH DIVIDEND EQUITY INSTL | A | Dividend | L | T | Buy | 09/25/18 | L | | |
| 68. | | | | | Buy (add'l) | 11/12/18 | K | | |
| 69. - POLEN GROWTH | B | Dividend | L | T | Buy | 09/25/18 | L | | |
| 70. | | | | | Buy (add'l) | 11/12/18 | K | | |
| 71. - SCHWAB CHARLES FAMILY VALUE ADVANTAGE (X) | C | Dividend | N | T | | | | | |
| 72. - SCHWAB BANK (X) | A | Interest | K | T | | | | | |
| 73. RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 74. - VANGUARD INSTITUTIONAL INDEX FUND | D | Dividend | | | Sold | 10/17/18 | O | G | |
| 75. - VANGUARD BD INDEX FD TOT BD PTF INS | D | Dividend | O | T | | | | | |
| 76. - VANGUARD TOTAL INTL STOCK INDEX INSTL | B | Dividend | L | T | | | | | |
| 77. - VANGUARD INSTITUTIONAL TARGET RETIREMENT 2020 FUND | A | Dividend | L | T | Buy (add'l) | 01/12/18 | J | | |
| 78. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 79. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 80. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 81. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 82. | | | | | Buy (add'l) | 03/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 01/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 84. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 85. | | | | | Buy (add'l) | 05/04/18 | J | | |
| 86. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 87. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 88. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 89. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 90. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 91. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 92. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 93. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 94. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 95. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 96. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 97. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 98. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 99. | | | | | Buy (add'l) | 11/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 01/29/2020 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 101. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 102. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 103. - VANGUARDINSTL INDX FD INSTL PLUS | C | Dividend | O | T | Buy | 10/17/18 | O | | |
| 104. RETIREMENT ACCOUNT #2 (H) | | | | | | | | | |
| 105. - TIAA REAL ESTATE | | None | K | T | | | | | |
| 106. - VANGUARD TOTAL INTL STOCK INDEX INSTL | D | Dividend | M | T | Sold (part) | 11/14/18 | M | | |
| 107. - VANGUARD INSTL INDX FD INSTL PLUS | A | Dividend | L | T | Buy | 11/14/18 | M | | |
| 108. CITIBANK JOINT CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 109. PRUDENTIAL WHOLE LIFE INSURANCE POLICY | | None | L | T | | | | | |
| 110. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 01/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Chapman, Shelley C. | 01/29/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Shelley C. Chapman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544